UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:26-CR-24-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PHILLIP COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's motion to excuse local counsel's appearance, as required by Local Crim. R. 57.1(f), at Defendant's June 17, 2026 plea hearing. [DE-14]. For good cause shown, the motion is allowed, and local counsel is excused from attending the June 17, 2026 plea hearing.

SO ORDERED, this the 11 day of June, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge